**Moira J. SMITH, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 2008–3033.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).